HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANASTASSIYA MIRONOVA,<br><br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 2:23-cv-1305-JLR<br><br>STIPULATED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER<br><br>NOTED FOR: December 8, 2023 |

## I. Relief Requested

The parties respectfully move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(g), to order that the administrative record in this action – the defendant insurance company's claim file – be filed under seal, without redactions.

## II.     Relevant Facts and Legal Authority

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq.  The parties agree the Court will need to consider Defendant's claim file to resolve the matter.  That file is primarily medical records and other documents addressing Plaintiff's medical condition.

STIPULATED MOTION FOR LEAVE TO FILE
ADMINISTRATIVE RECORD UNDER SEAL
AND [PROPOSED] ORDER - 1

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington  98115
Tel 206-694-1614  Fax 206-905-2342

1    Although Local Civil Rule 5(g) establishes a strong presumption in favor of public access

2    to court filings, the need to protect medical privacy qualifies as a "compelling reason" to allow

3    records to be filed under seal.  *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-

4    01569-RSM, 2013 WL 5588312 at *1 (W.D. Wash. Oct. 9, 2013) (citing *Kamakana v. City and*

5    *County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).  *See also, e.g., S.L. by & through J.L.*

6    *v. Cross*, No. C18-1308-RSL, -- F.Supp.3d --, 2023 WL 3738991, at *1 (W.D. Wash. May 31,

7    2023) (granting motion to file ERISA record under seal on the basis that it contains sensitive

8    personal health information); *Cont'l Med. Transp. LLC v. Health Care Serv. Corp.*, No. C20-

9    0115-JCC, 2021 WL 2072524, at *4 (W.D. Wash. May 24, 2021), aff'd, No. 21-35481, 2022 WL

10   2045385 (9th Cir. June 7, 2022) (granting motion to file ERISA record under seal for same

11   reason); *Macon v. United Parcel Serv., Inc.*, No. C12-260-RAJ, 2013 WL 951013, at *5 (W.D.

12   Wash. Mar. 12, 2013) (granting unopposed motion to seal medical records given the "private

13   nature of the documents at issue"); *Gary v. Unum Life Ins. Co. of Am.*, No. 3:17-CV-01414-HZ,

14   2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) ("[t]he parties have not presented, and the Court

15   is not aware of, any cases where medical information was not allowed to be filed under seal

16   under the 'compelling reasons' standard.").

17       Local Civil Rule 5.2(c) states that "in an action for benefits under the Social Security

18   Act" the "administrative record must be filed under seal" because those "actions are entitled to

19   special treatment due to the prevalence of sensitive information and the volume of filings."  *Id*.

20   That reasoning applies to this action.  Sensitive information is found throughout the claim file.

21       As certified below, the parties discussed whether redaction would be a suitable

22   alternative.  Due to the extensive redaction that would be necessary, the parties believe redaction

23   is not a reasonable alternative.  Federal Rule of Civil Procedure 5.2(d) provides that the "court

STIPULATED MOTION FOR LEAVE TO FILE
ADMINISTRATIVE RECORD UNDER SEAL
AND [PROPOSED] ORDER - 2

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E., Suite C
Seattle, Washington  98115
Tel 206-694-1614  Fax 206-905-2342

1    may order that a filing be made under seal without redaction" and the parties respectfully move

2    the Court to so order here.

### III.  Local Rule 5 (g)(3)(A) Certification

The parties certify pursuant to Local Rule 5(g)(3)(A) that the undersigned attorneys

conferred by telephone on November 30, 2023, to discuss this issue, and agreed redaction was

not a reasonable means to protect Plaintiff's medical privacy as the documents would need to be

so extensively redacted.

### IV.  Conclusion

The parties respectfully move the Court to order that the administrative record in this

action be filed under seal, without redaction.

RESPECTFULLY SUBMITTED this 8th day of December 2023.

LAW OFFICE OF MEL CRAWFORD          GORDON REES SCULLY MANSUKHANI


By s/*Mel Crawford*                             By s/*Sally Kim*
   Mel Crawford, WSBA # 22930                  Sally Kim, WSBA # 35289
   melcrawford@melcrawfordlaw.com           sallykim@grsm.com
Attorney for Plaintiff                          Attorneys for Defendant

STIPULATED MOTION FOR LEAVE TO FILE
ADMINISTRATIVE RECORD UNDER SEAL
AND [PROPOSED] ORDER - 3

**LAW OFFICE OF MEL CRAWFORD**
9425 35th Avenue N.E., Suite C
Seattle, Washington  98115
Tel 206-694-1614  Fax 206-905-2342

**ORDER**

The Court GRANTS the parties' stipulated motion and ORDERS that the administrative record in this action be filed and maintained under seal.  Pursuant to Federal Rule of Civil Procedure 5.2(d), the record need not be redacted.

DATED this __8th__ day of ___December___ 2023.

_____
Honorable James L. Robart
United State District Judge

STIPULATED MOTION FOR LEAVE TO FILE
ADMINISTRATIVE RECORD UNDER SEAL
AND [PROPOSED] ORDER - 4

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington  98115
Tel 206-694-1614  Fax 206-905-2342