Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANASTASSIYA MIRONOVA,

        Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant(s).

No. C23-1305JLR

SCHEDULING ORDER

| | |
|---|---|
| Deadline for Parties to File Copy of Administrative Record (filed under seal) | January 15, 2024 |
| Deadline for Parties to file Dispositive Motions for Trial on the Administrative Record (not to exceed 8,400 words) | February 14, 2024 |
| Response Briefs due (not to exceed 8,400 words) | February 28, 2024 |

      The Court declines to set a trial date at this time, but will do so in consultation with counsel after submission of the parties' briefing.

      These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules falls on a weekend or federal holiday, the act or event shall be performed on the next business day. These dates are firm dates that can be changed only by order

of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. *See* Fed.R.Civ.P. 16(b)(3)(B)(v).

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

Dated this 18th day of December, 2023.

JAMES L. ROBART
United States District Judge